IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**KRISTY DAVIS and KRISTY ROGERS,**  **PLAINTIFF**
Each Individually and on Behalf of All
Others Similarly Situated

    v.               NO. 2:22-CV-2079

**SUPERIOR HOTEL PROPERTIES, INC.**
**AND SUPERIOR HOTEL MANAGEMENT, INC.**  **DEFENDANTS**

## CLERK'S ORDER OF DISMISSAL

On this 1st day of March 2023, the parties hereto having filed a stipulation for dismissal (document 24) pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT
HEATHER D. BURNS, INTERIM CLERK

BY: *Michelle McEntire*
Deputy Clerk